Remanded by unpublished order. Judge Gregory directed entry of the order with the concurrence of Judge Duncan. Judge Voorhees wrote a dissent from the order of remand.
Unpublished opinions are not binding precedent in this circuit.
*949 ORDER
GREGORY, Circuit Judge:
In the unique circumstances presented, because the facts admitted as a result of the requests for admission, which formed the basis of the underlying motion to deem requests for admissions admitted, constructively resolved all of the material issues in dispute, giving the motion a dis-positive effect, and because this Court is unable to determine the extent of the district court’s rebanee on the admissions, this Court remands the matter to the district court for consideration of the discretionary factors in Rule 36(b) in determining whether to abow the withdrawal of the admissions. This order in no way opines on the merits of such consideration.
REMANDED